**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7054**

———————

THEODORE M. NICKENS,

Plaintiff - Appellant,

versus

EDDIE L. PEARSON, Chief Warden; SERGEANT
MILLS; CORPORAL HAWKINS; CORPORAL FREEMAN,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-00-805-3)

———————

Submitted:  September 19, 2002      Decided:  September 30, 2002

———————

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Theodore M. Nickens, Appellant Pro Se.  Pamela Anne Sargent,
Assistant Attorney General, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Theodore M. Nickens appeals the district court's order dismissing his civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Nickens v. Pearson, No. CA-00-805-3 (E.D. Va. June 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED